George FRYE, Appellant,

v.

COMAIR, INC., Appellee.

No. 00–3437.

United States Court of Appeals,
Eighth Circuit.

Submitted April 24, 2001.

Decided April 27, 2001.

1. THE HONORABLE RONALD E. LONG-STAFF, Chief Judge of the United States District Court for the Southern District of Iowa.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

George Frye appeals from the district court's[1] adverse grant of summary judgment in his Age Discrimination in Employment Act complaint. Upon de novo review of the summary judgment record, and viewing the evidence in the light most favorable to Frye, we conclude summary judgment was proper because Frye failed to submit sufficient evidence that Comair's stated reasons for his termination were a pretext for age discrimination. *See Dammen v. UniMed Med. Ctr.*, 236 F.3d 978, 980 (8th Cir.2001) (standard of review; burden-shifting analysis).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

---

1. The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.